UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN W. FELDMAN,<br><br>      Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY SHERIFF et al.,<br><br>      Defendants. | 2:06-cv-00178-RCJ-LRL<br><br>**ORDER** |

      The Magistrate Judge closed this case in 2006 when Plaintiff failed to include an address or telephone number with his motion to proceed *in forma pauperis* or his proposed complaint. Plaintiff has now filed a motion requesting no particular relief, and which is largely incomprehensible.

**CONCLUSION**

      IT IS HEREBY ORDERED that the Motion (ECF No. 5) is DENIED.

      IT IS SO ORDERED.

DATED: June 1, 2015.

_____
ROBERT C. JONES
United States District Judge

1